A. Cisneros
3403 Tenth Street, Suite 714
Riverside, California 92501
Telephone: (951) 682-9705
Facsimile: (951) 682-9707
Email: amctrustee@mclaw.org

Chapter 7 Trustee

**FILED & ENTERED**

**OCT 09 2018**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY craig      DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### RIVERSIDE DIVISION

| | |
|---|---|
| In re: | Case No. 6:18-bk-14917-SC |
| HAO WANG, | Chapter 7 |
| Debtor. | **ORDER EXTENDING DEADLINE WITHIN WHICH THE CHAPTER 7 TRUSTEE OR THE OFFICE OF THE UNITED STATES TRUSTEE MAY FILE AN OBJECTION TO DEBTOR'S DISCHARGE PURSUANT TO 11 U.S.C § 727** |
| | HEARING DATE:<br>DATE:    October 9, 2018<br>TIME:    11:00 AM<br>CTRM:    126<br>U.S. Bankruptcy Court<br>3420 Twelfth Street<br>Riverside, CA 92501 |

The *Motion to Extend Deadline Within Which the Chapter 7 Trustee or the Office of the United States Trustee May File an Objection to Debtor's Discharge Pursuant to 11 U.S.C. § 727* ("Motion") filed on September 14, 2018 as Docket No. 22 by A. Cisneros, chapter 7 trustee ("Trustee"), came on for hearing on October 9, 2018 at 11:00 a.m., the Honorable Scott C. Clarkson presiding. Based on the Court's tentative, no appearances were necessary.

1

The Court having reviewed and considered the Motion; having determined that same was appropriate under the facts and circumstances; and good cause appearing therefore, Orders as follows:

**IT IS HEREBY ORDERED:**

1. The Motion is approved;

2. The deadline within which the Chapter 7 Trustee or the Office of the United State Trustee ("OUST") may object to the Debtor's discharge pursuant to 11 U.S.C. § 727 is extended sixty (60) days from entry of this order; and

3. Said extension shall only apply to the OUST and the Trustee.

###

Date: October 9, 2018

Scott C. Clarkson
United States Bankruptcy Judge