A. Cisneros
3403 Tenth Street, Suite 714
Riverside, California 92501
Telephone: (951) 682-9705
Facsimile: (951) 682-9707
Email: amctrustee@mclaw.org

Chapter 7 Trustee

**FILED & ENTERED**

**AUG 13 2019**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** craig    **DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# RIVERSIDE DIVISION

| | |
|---|---|
| In re: | Case No. 6:18-bk-14917-SC |
| HAO WANG, | Chapter 7 |
| Debtor. | **FOURTH AND FINAL ORDER EXTENDING DEADLINE WITHIN WHICH THE CHAPTER 7 TRUSTEE OR THE OFFICE OF THE UNITED STATES TRUSTEE MAY FILE AN OBJECTION TO DEBTOR'S DISCHARGE PURSUANT TO 11 U.S.C § 727** |
| | HEARING DATE: |
| | DATE:     August 13, 2019 |
| | TIME:     11:00 AM |
| | CTRM:     126 |
| | U.S. Bankruptcy Court |
| | 3420 Twelfth Street |
| | Riverside, CA 92501 |

The *Fourth and Final Motion to Extend Deadline Within Which the Chapter 7 Trustee or the Office of the United States Trustee May File an Objection to Debtor's Discharge Pursuant to 11 U.S.C. § 727* ("Motion") filed on June 20, 2019 as Docket No. 82 by A. Cisneros,

1

chapter 7 trustee ("Trustee"), came on for hearing on August 13, 2019 at 11:00 a.m., the Honorable Scott C. Clarkson presiding. Based on the Court's tentative, no appearances were necessary.

The Court having reviewed and considered the Motion; having determined that same was appropriate under the facts and circumstances; and good cause appearing therefore, Orders as follows:

**IT IS HEREBY ORDERED:**

1. The Motion is approved;

2. The deadline within which the Chapter 7 Trustee or the Office of the United State Trustee ("OUST") may object to the Debtor's discharge pursuant to 11 U.S.C. § 727 is extended sixty (60) days from entry of this order; and

3. Said extension shall only apply to the OUST and the Trustee.

###

Date: August 13, 2019

Scott C. Clarkson
United States Bankruptcy Judge