```
                          United States Bankruptcy Court
                           Central District of California
```

In re:                                                              Case No. 18-14917-SC
Hao Wang                                                            Chapter 7
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0973-6          User: admin              Page 1 of 1              Date Rcvd: Oct 10, 2019
                              Form ID: pdf042          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 12, 2019.
db             #+Hao Wang,    8478 Bullhead Ct.,    Rancho Cucamonga, CA 91739-9277

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 12, 2019                              Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 10, 2019 at the address(es) listed below:
              Andrew D. Weiss    on behalf of Creditor    Michael's Cajun Seafood LLC oclawadw@aol.com
              Arturo   Cisneros (TR)    amctrustee@mclaw.org, acisneros@iq7technology.com
              Cheryl A Skigin    on behalf of Creditor    Financial Services Vehicle Trust
               ca.ecf@creditor-rights.com, caskigin@earthlink.net
              John   Rafferty    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION john.rafferty@bonialpc.com
              Mandy D Youngblood    on behalf of Interested Party    Courtesy NEF csbk@gmfinancial.com
              Meei-Ling   Chen    on behalf of Creditor Tingting   Shao mlclawoffices@yahoo.com,
               mlclawoffices@gmail.com
              Meei-Ling   Chen    on behalf of Plaintiff Tingting   Shao , mlclawoffices@gmail.com
              Michael A Shakouri    on behalf of Creditor c/o Goodkin & Lynch   5060 Montclair Plaza Lane Owner,
               LLC mshakouri@goodkinlaw.com, paralegal@goodkinlaw.com
              Nancy L Lee    on behalf of Creditor    U.S. Bank National Association, its assignees and/or
               successors bknotice@mccarthyholthus.com, nlee@ecf.courtdrive.com
              Nancy L Lee    on behalf of Interested Party    Courtesy NEF bknotice@mccarthyholthus.com,
               nlee@ecf.courtdrive.com
              Rejoy   Nalkara    on behalf of Creditor    BMW Financial Services NA, LLC, c/o AIS Portfolio
               Services, LP rejoy.nalkara@americaninfosource.com
              Ronald J Sokol    on behalf of Plaintiff Sufen   Huang , quidproquo11@yahoo.com
              Sam X J Wu    on behalf of Debtor Hao  Wang wuefile@yahoo.com
              Thomas H Casey    on behalf of Trustee Arturo   Cisneros (TR) kdriggers@tomcaseylaw.com,
               msilva@tomcaseylaw.com
              Thomas H Casey    on behalf of Interested Party Thomas H. Casey kdriggers@tomcaseylaw.com,
               msilva@tomcaseylaw.com
              United States Trustee (RS)    ustpregion16.rs.ecf@usdoj.gov
                                                                                               TOTAL: 16

Thomas H. Casey – Bar No. 138264
LAW OFFICE OF THOMAS H. CASEY, INC.
A PROFESSIONAL CORPORATION
22342 Avenida Empresa, Suite 245
Rancho Santa Margarita, CA  92688
Telephone:    (949) 766-8787
Facsimile:      (949) 766-9896
Email:          TomCasey@tomcaseylaw.com

General counsel for A. Cisneros,
Chapter 7 Bankruptcy Trustee

**FILED & ENTERED**

OCT 10 2019

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY craig        DEPUTY CLERK**

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA / RIVERSIDE DIVISION

| | |
|---|---|
| In re<br><br>HAO WANG,<br><br>            Debtor. | Case No.: 6:18-bk-14917-SC<br><br>Chapter 7<br><br>**ORDER AUTHORIZING A BANKRUPTCY RULE 2004 EXAMINATION OF QING LIU, INDIVIDUALLY AND AS MANAGING MEMBER OF THE CRAZY CRAB, LLC AND FOR PRODUCTION OF DOCUMENTS PURSUANT TO BANKRUPTCY RULE 9016**<br><br>Document Production Date:<br>Date:   October 30, 2019<br><br>Place for Document Production:<br>The Law Office of Thomas H. Casey<br>22342 Avenida Empresa, Suite 245<br>Rancho Santa Margarita, CA  92688<br><br>2004 Examination Date:<br>Date:   November 5, 2019<br>Time:  10:00 a.m.<br><br>Place for Examination:<br>The Law Office of Thomas H. Casey<br>22342 Avenida Empresa, Suite 245<br>Rancho Santa Margarita, CA  92688 |

       Based upon the matters set forth in the Chapter 7 Trustee's Motion for an Order

Authorizing a Bankruptcy Rule 2004 Examination of Qing Liu, individually and as managing

member of The Crazy Crab, LLC and for Production of Documents Pursuant to Bankruptcy Rule 9016 ("Motion") proper service having been made, and good cause having been shown,

**IT IS HEREBY ORDERED** that the Trustee's Motion is granted;

**IT IS FURTHER ORDERED** that The Crazy Crab, LLC shall produce the documents as set forth in the Trustee's Motion at The Law Office of Thomas H. Casey, 22342 Avenida Empresa, Suite 245, Rancho Santa Margarita, CA 92688 by the close of business October 30, 2019, or if rescheduled for a later date, upon five (5) days written notice;

**IT IS FURTHER ORDERED** that Qing Liu, individually and as managing member of The Crazy Crab, LLC will appear and testify as set forth in the Motion, at The Law Offices of Thomas H. Casey, Inc., 22342 Avenida Empresa, Suite 245, Rancho Santa Margarita, California 92688, on November 5, 2019 at 10:00 a.m. or if rescheduled for a later date, upon five (5) days written notice.

###

Date: October 10, 2019

Scott C. Clarkson
United States Bankruptcy Judge